UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WOODROW CHAPMAN                                                                                       PLAINTIFF

v.                                    2:19-cv-00036-JM-JTR

UNITED STATES JUSTICE
DEPARTMENT; DEWAYNE HENDRIX,
Warden, FCI-Forrest City                                                                          RESPONDENTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE