**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**


WOODROW CHAPMAN                                                            PLAINTIFF


v.                                      2:19-cv-00036-JM-JTR

UNITED STATES JUSTICE
DEPARTMENT; DEWAYNE HENDRIX,
Warden, FCI-Forrest City                                                  RESPONDENTS

## <u>JUDGMENT</u>

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT

PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 8th day of March 2019.


_____
UNITED STATES DISTRICT JUDGE